BEFORE THE FIRST DIVISION, OCTOBER 8, 1941

No. 46400.—Protests 979320–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers and atomizers contained in toilet sets, and that said atomizers are similar in all material respects to those the subject of Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was therefore sustained.

No. 46401.—Protest 7964–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 45502 the manger sets in question were held dutiable at 25 percent under paragraph 1403 as claimed.

No. 46402.—Protest 977970–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the jump sticks or trick paddles in question are composed in chief value of wood and are similar to those the subject of Abstract 44028. The claim at 33⅓ percent under paragraph 412 was therefore sustained.